# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:18-mj-00109 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| JAMIE HARRIS, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's Motion to Dismiss the Complaint and the Arrest Warrant, the above-referenced case is hereby DISMISSED without prejudice.

June 6, 2018

s/Michael J. Newman

Michael J. Newman
United States Magistrate Judge